# Ụniteḍ Stateṣ Ḍistrict Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND



SEALED BY ORDER OF THE COURT

**FILED**

APR 0 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

DANIEL BARBER,

# CR26 00164

# HSG

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

*/S/ Foreperson of the Grand Jury*

Foreman

Filed in open court this _____9th_____ day of

April, 2026_____.

*Cindy C. Fen*

Clerk

Bail, $ NO BAIL    Warrant
4/9/2026

Hon. Kandis A. Westomore, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney



SEALED BY ORDER OF THE COURT

**FILED**

APR 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**HSG**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR26 00164** |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure; |
| DANIEL BARBER, | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure)

1.      On or about August 28, 2024, in the Northern District of California, the defendant,

DANIEL BARBER,

did knowingly and willfully transmit in interstate and foreign commerce, an email communication which contained a threat to injure the person of another, specifically Victim 1, specifically stating in part, "I am praying to the universe daily your UTTERLY FUCKING EVIL RACIST ASS is killed painfully and horribly.  If I had my way you'd be dragged into the streets, you and your entire MAGGOT family, and slowly TORTURED TO FUCKING DEATH, including being flayed alive you fucking CUNT!," all in violation of Title 18, United States Code, Section 875(c).

INDICTMENT

COUNT TWO:          (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure)

2.      On or about February 2, 2025, in the Northern District of California, the defendant,

DANIEL BARBER,

did knowingly and willfully transmit in interstate and foreign commerce, an email communication which contained a threat to injure the person of another, specifically Victim 2, specifically stating in part, "If that little MAGGOT was in front of me and said that, HIS FUCKING LIFE WOULD BE OVER. And frankly, if you were in front of me, face to face, MAGGOT, after not IMMEDIATELY ending his career with your bullshit UFC, I'd probably wreck your fucking ass too, bitch," all in violation of Title 18, United States Code, Section 875(c).

COUNT THREE:      (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure)

3.      On or about June 6, 2025, in the Northern District of California, the defendant,

DANIEL BARBER,

did knowingly and willfully transmit in interstate and foreign commerce, an email communication which contained a threat to injure the person of another, specifically Victim 3, specifically stating in part, "YOUR GESTAPO NAZI MAGGOT ICE AGENTS SHOULD BE TERRIFIED, BECAUSE THE TRUTH IS EVERY SINGLE FUCKING ONE OF THEM DESERVES TO BE ARRESTED BY ARMED AMERICAN CITIZENS, FROGMARCHED INTO THE THREETS, SUMMARILY TRIED AND CONVICTED OF CRIMES AGAINST HUMANITY THERE IN PUBLIC, AND SUBSEQUENTLY EXECUTED RIGHT THERE AS WELL WITH TWO FUCKING BULLETS TO THE BACK OF THEIR MAGGOT NAZI HEADS!  EVERY SINGLE FUCKING OF THEM!," all in violation of Title 18, United States Code, Section 875(c).

COUNT FOUR:        (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure)

4.      On or about December 12, 2025, in the Northern District of California, the defendant,

DANIEL BARBER,

did knowingly and willfully transmit in interstate and foreign commerce, an email communication which contained a threat to injure the person of another, specifically Victim 4, specifically stating in part, "BECAUSE YOU COWARDLY FUCKING MAGA MAGGOTS ARE PUSHING THIS COUNTRY TOWARD A REVOLUTION WHERE THAT'S PRECISELY WHAT WE WOULD DO TO YOU.

INDICTMENT                                          2

ROUND YOU ALL UP AND EITHER HANG YOU, OR SIMPLY PUT A FUCKING BULLET IN THE BACKS OF YOUR SKULLS...ROUND YOU ALL UP AND EITHER HANG YOU, OR SIMPLY PUT A FUCKING BULLET IN THE BACKS OF YOUR SKULLS," all in violation of Title 18, United States Code, Section 875(c).

FORFEITURE ALLEGATION:    (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in this Indictment, the defendant,

DANIEL BARBER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

INDICTMENT                          3

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: April 9, 2026                                                    A TRUE BILL.

                                                                          _____/s/Foreperson_____
                                                                          FOREPERSON
                                                                          San Francisco, California


CRAIG H. MISSAKIAN
United States Attorney

/s/ William Skewes-Cox
WILLIAM SKEWES-COX
Special Assistant United States Attorney

INDICTMENT                                              4