CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 4:26-CR-00164-HSG |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER FOR |
| | ) | SUMMONS |
| v. | ) | |
| | ) | |
| DANIEL BARBER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government requests under Federal Rule of Criminal Procedure 9(a) that the Court issue a Summons for defendant DANIEL BARBER. On April 9, 2026, the Grand Jury returned the Indictment charging DANIEL BARBER with four counts under 18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure. See Attached. On April 10, 2026, the United States executed the arrest warrant signed by the Hon. Kandis A. Westmore, United States Magistrate Judge. Following the arrest of the defendant, the defendant was not medically cleared to enter detention and has since been receiving medical treatment in hospital. The United States seeks this Summons so that the defendant may make an initial appearance on the Indictment following his discharge from the hospital. A Summons commanding the defendant to appear to answer the Indictment is therefore appropriate.

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

Dated: April 13, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
WILLIAM SKEWES-COX
Special Assistant United States Attorney

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

**PROPOSED ORDER**

Pursuant to Fed. R. Crim. P. 9(a), the Clerk of the Court is directed to issue a Summons directing the defendant, DANIEL BARBER, to appear on April 21, 2026, at 10:30 a.m. before Magistrate Judge Kandis A. Westmore to answer the Indictment that has been filed by the United States Attorney.

**IT IS SO ORDERED.**

Dated: _____          _____
                                 Hon. Kandis A. Westmore
                                 United States Magistrate Judge

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS