UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

DANIEL BARBER,

Defendant.

Case No.  26-cr-00164-HSG-1

**ORDER SETTING SCHEDULE**

At the status hearing on May 13, 2026, defense counsel indicated that she intends to file motions to dismiss and to suppress to be heard before trial.  Based on the amount of time remaining on the speedy trial clock, the Court set the trial for June 22, 2026 (and has since reset that date to June 24, 2026).  Dkt. No. 17.  To afford adequate time to consider and resolve these motions, the Court needs them to be briefed earlier than it initially indicated at the status hearing.

Accordingly, the Court sets the following briefing schedule.  The defendant's motion to dismiss and motion to suppress must be filed by May 26, 2026; the government's oppositions are due on June 2, 2026; and the defendant's replies are due on June 5, 2026.  Additionally, the parties must file any motions in limine by June 4, 2026, and the oppositions to those motions are due by June 11, 2026.

//

//

//

//

//

The Court notes that under 18 U.S.C. § 3161(h)(1)(D) and (H), time will be excluded from the speedy trial clock based on the filing and reasonable time necessary to resolve the motions. Once the Court reviews the motions, it will decide whether a further continuance of the trial date is warranted.

**IT IS SO ORDERED.**

Dated:    5/14/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2